■ In the Matter of JAMES DAVIS, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. (Appeal No. 1.) [619 NYS2d 1024] —Judgment unanimously affirmed. Memorandum: The Parole Board gave fair consideration to the applicable statutory factors *(see,* Executive Law § 259-i), and its denial of petitioner's request for parole was not arbitrary and capricious *(see, Matter of Watkins v Caldwell,* 54 AD2d 42, 45; *see also, Matter of Russo*

*v New York State Bd. of Parole,* 50 NY2d 69, 77). Supreme Court properly denied petitioner's postjudgment motion for disclosure of documents because those documents are exempt pursuant to 9 NYCRR 8000.5 (c) (2). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Article 78.) Present—Balio, J. P., Lawton, Fallon, Wesley and Doerr, JJ.